UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-80480-CIV-MARRA

JOHN PINSON,

    Plaintiff,

vs.

MONARCH RECOVERY
MANAGEMENT, INC. A/K/A
ACADEMY COLLECTION
SERVICE, INC.

    Defendant.
_____/

## NOTICE OF AGREEMENT OF THE PARTIES UPON A MEDIATOR

    Defendant, Monarch Recovery Management, Inc., incorrectly pleaded as Monarch Recovery Management, Inc., a/k/a Academy Collection Service, Inc. ("Monarch"), by and through its undersigned counsel and pursuant to the Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge [D.E. 7], files this Notice of Ageement of the Parties Upon a Mediator. The parties have agreed to use Sam Heller (of Mediation, Inc.) for mediation of this case. The parties are jointly coordinating the mediation conference date and location and will comply with the Court's Order [D.E. 7] regarding timely completion of the mediation.

Dated: July 26, 2012

    Respectfully Submitted,

    MARSHALL, DENNEHEY, WARNER
    COLEMAN & GOGGIN
    1 East Broward Boulevard, Suite 500
    Ft. Lauderdale, Florida 33301
    (954) 847-4920
    (954) 627-6640
    Counsel for Defendant, Monarch

    By /s/ Craig S. Hudson
        Craig S. Hudson

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.  Specifically, this Notice of Agreement was mailed and e-mailed to John Pinson, *pro se*, 526 Westwood Road, West Palm Beach, FL  33401; john@pinson.com.

      By /s/ Craig S. Hudson
      Craig S. Hudson

22/810933.v1