IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-cv-80480-KAM

JOHN PINSON,

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC.

    Defendant.
_____/

FILED by ___ D.C.
SEP 12 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND

## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Plaintiff, John Pinson, files this Motion for Enlargement of Time, and in support thereof would show:

1. Defendant has filed a Motion for Summary Judgment with the court, during discovery.

2. Plaintiff did serve discovery on Defendant by U.S. Certified Mail # 7011 3500 0002 1529 6596 Return Receipt Requested mailed on August 18, 2012 and received by Defendant's council on August 20, 2012.

3. Defendant has not responded to Plaintiff's discovery request as of today's date of September 12, 2012.

4. Plaintiff requests a 30 day enlargement of time to respond to Defendant's Motion for Summary Judgment.

5. This is Plaintiff's first application for extension of time in this case.

6. The new deadline would be October 27, 2012.

WHEREFORE, the Plaintiff respectfully requests the court allow Plaintiff additional time to respond as requested.

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, FL 33401
Tel.: 561-329-2524
Email: john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed September 12, 2012

_____
John Pinson

Craig S. Hudson
Marshall, Dennehey, Warner
1 East Broward Boulevard, Suite 500
Ft. Lauderdale, Florida 33301

Counsel of Record for the Defendants
MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC