IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

APR 1 0 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 9:12-cv-80480-KAM

JOHN PINSON,

     Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC.

     Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that John Pinson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order (Document 48), granting Defendant's Amended Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, entered in this action on the 12th day of March, 2012.

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, FL
33401
Tel.: 561-329-2524
Email: john@pinson.com

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed April 8, 2013

_____

John Pinson

Craig S. Hudson
Marshall, Dennehey, Warner
100 Northeast Third Ave., Ste 1100
Ft. Lauderdale, FL 33301

Counsel of Record for the Defendants
MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC