IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:12-cv-80480-KAM

FILED by _____

APR 1 0 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ELECTRONIC

APR 18, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JOHN PINSON,

     Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC.

     Defendant.

_____/

### NOTICE OF APPEAL

Notice is hereby given that John Pinson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order (Document 48), granting Defendant's Amended Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment, entered in this action on the 12th day of March, 2012.

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, FL
33401
Tel.: 561-329-2524
Email: john@pinson.com

Notice of Appeal – Page 1 of 2

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed April 8, 2013

John Pinson

Craig S. Hudson
Marshall, Dennehey, Warner
100 Northeast Third Ave., Ste 1100
Ft. Lauderdale, FL 33301

Counsel of Record for the Defendants
MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 19, 2013

John Pinson
526 WESTWOOD RD
WEST PALM BEACH, FL 33401

Appeal Number:  13-11620-C
Case Style:  John Pinson v. Monarch Recovery Mmgt. Inc.
District Court Docket No:  9:12-cv-80480-KAM

On April 1, 2013, this Court began **MANDATORY electronic filing.** All counsel are required to file documents electronically in appeals pending on April 1, 2013, and in appeals docketed in this Court on or after that date, unless exempted for good cause.

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive the filing pending supplementation of the required certificate. You are hereby notified that failure to submit the required certificate will result in your document(s) being unfiled which may ultimately result in dismissal of your appeal.

The rules further provide that on the same day a certificate is electronically filed using the ECF system, the party filing it must also complete the court's web-based certificate at the Web-Based

CIP link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the CIP must be entered in the web-system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that there are no publicly traded corporations to report. Pro se parties are **not required or authorized** to complete the web-based certificate.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

Pay to the DISTRICT COURT clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, **or** request leave to proceed in forma pauperis on appeal in the district court. See Fed.R. App.P. 24(a). If the district court denies such leave, appellant may file in this court a Motion to Proceed in forma pauperis in this court with a financial affidavit.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, C / cpm
Phone #: (404) 335-6186

DKT-2 Appeal WITH Deficiency